IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JAMES CALLOWAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,,<br><br>　　　　Defendants. | Case No. 1:16-cv-01305-MJS<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>**(ECF No. 28)**<br><br>**FORTY-FIVE DAY EXTENSION** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On January 18, 2017, the Court dismissed Plaintiff's complaint with thirty days leave to amend. (ECF No. 12.) On February 6, 2017, Plaintiff filed a motion for reconsideration of the Court's order. (ECF No. 13.) On April 26, 2017, the District Judge assigned to the case denied the motion for reconsideration and directed Plaintiff to file his amended complaint within thirty days. (ECF No. 14.) On July 24, 2017, no amended complaint having been filed, the undersigned Ordered Plaintiff to show cause why his case should not be dismissed for failure to obey a Court order and failure to state a claim. (ECF No. 15.)

On August 4, 2017, Plaintiff responded with "objections" to the Order to show cause. (ECF No. 16.) Given Plaintiff's responses, the undersigned recommended that the complaint be dismissed. (ECF No. 17.) On November 28, 2017, no objections to this recommendation having been filed by Plaintiff, the District Judge assigned to this matter issued an order adopting the findings and recommendations, dismissing the action for failure to state a claim, and directing the Clerk of Court to close the case. (ECF No. 18.) On December 8, 2017, Plaintiff filed a motion for relief from judgment or order pursuant to Federal Rule of Civil Procedure 60(b), averring that he had never received the findings and recommendations to dismiss his case. (ECF No. 20.) On January 11, 2018, the District Judge assigned to this case granted the motion for relief from judgment and ordered that Plaintiff file objections to the findings and recommendations to dismiss within 30 days. (ECF No. 26)

On January 25, 2018, Plaintiff filed the instant motion to stay all proceedings for 90 days for new counsel to step in and take over further litigation. (ECF No. 28.) Plaintiff avers that he has found an attorney who may be willing to take on his case and requests a stay so that this counsel may be able to review the files and handle all future matters. (Id.)

Plaintiff's complaint has been deemed non-cognizable and so has not been served on Defendants. As of now, Plaintiff is the only party in this case. Thus there is no basis for staying the action and, for that matter, no benefit in doing so as there is no opposing party to compel Plaintiff to take action in the case. The only pending deadline is for Plaintiff to file objections to the Court's findings and recommendation to dismiss; the Court will not "stay" that deadline, but will grant additional time to meet it.

Accordingly, the Court will interpret Plaintiff's motion for a stay as a motion for extension of time to file objections to these findings and recommendations. The Court will not however delay that deadline 90 days on the possibility that Plaintiff might secure counsel who might need more time to prepare objections. Whether or not Plaintiff ultimately retains counsel, he will be responsible for ensuring objections to the August 8,

2017 findings and recommendations are timely filed. The Court will extend his deadline for filing objections to the findings and recommendation to dismiss for 45 days from the date of this Order.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time to object to the pending findings and recommendation to dismiss this action is GRANTED in part, insofar as Plaintiff shall have 45 days from the date of this Order to file such objections.

IT IS SO ORDERED.

Dated: January 30, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE